**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Thomas R. Pierog et al, | ) | No. CV 10-1766-PHX-FJM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| BAC Home Loan Servicing LP et al, | ) | |
| Defendant. | ) | |

Attached to the Notice of Removal (doc. 1) is an order of a superior court judge dismissing this action on August 4, 2010. The Notice of Removal was filed here on August 18, 2010, some 14 days later.

We doubt anyone would want to remove an already dismissed action. Accordingly, it is ORDERED that the parties shall have to and including September 28, 2010 within which to file a status report on this action showing cause why we should keep it, absent which it shall be dismissed without prejudice.

DATED this 21st day of September, 2010.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge